[No. 13858-8-I.   Division One.   May 28, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
WILFRED BENDA, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 83–8–03224–7, James J. Dore, J., entered September 13, 1983. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Ringold and Webster, JJ.